# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
DEVITO, ANNEMARIE V.                  §        Case No. 13-02259
                                      §
         Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/16/2013 in Courtroom ,
          m
          Joliet City Hall
          150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/10/2013          By: /s/ Michael G. Berland
                                                                   Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DEVITO, ANNEMARIE V. §  Case No. 13-02259
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 18,690.42 |
| and approved disbursements of | $ | 1,946.61 |
| leaving a balance on hand of[1] | $ | 16,743.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,548.08 | $ 0.00 | $ 2,548.08 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 14.95 | $ 0.00 | $ 14.95 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,563.03 |
| Remaining Balance | | $ | 14,180.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,149.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Quantum3 Group LLC as agent for | $ 4,356.32 | $ 0.00 | $ 2,558.10 |
| 000003 | eCAST Settlement Corporation, assignee | $ 3,849.26 | $ 0.00 | $ 2,260.35 |
| 000004 | Discover Bank | $ 8,020.98 | $ 0.00 | $ 4,710.05 |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ 3,554.75 | $ 0.00 | $ 2,087.41 |
| 000006 | Portfolio Recovery Associates, LLC | $ 677.57 | $ 0.00 | $ 397.88 |
| 000007 | eCAST Settlement Corporation, assignee | $ 1,565.34 | $ 0.00 | $ 919.19 |
| 000008 | Portfolio Recovery Associates, LLC | $ 2,124.94 | $ 0.00 | $ 1,247.80 |

Total to be paid to timely general unsecured creditors           $        14,180.78

Remaining Balance                                                $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 13-02259-BWB
Annemarie V. Devito                                                     Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dgomez                 Page 1 of 3                  Date Rcvd: Jul 12, 2013
                              Form ID: pdf006              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2013.
db           +Annemarie V. Devito,    1326 E. 159th Street,    Apartment 3 E,    Lockport, IL 60441-6665
19943071     +ATI Physical Therapy,    Attn Collections,   P.O. Box 371863,    Pittsburgh, PA 15250-7863
19943064      Adventist Health Partners,    PO Box 7001,   Bolingbrook, IL 60440-7001
19943065      Adventist Hinsdale Hospital,    PO Box 1965,   Southgate, MI 48195-0965
19943066      Adventist Hinsdale Hospital,    75 Remittance Dr.,    STE 3250,   Chicago, IL 60675-3250
19943068     +Ambulatory Anesthesiologists of Chi,    60 E Delaware pl,    Chicago, IL 60611-1998
19943070      Athletic & Therapeutic Inst.,    4947 Paysphere Circle,    Chicago, IL 60674-4947
19943072      Capital One,    PO Box 5253,   Carol Stream, IL 60197-5253
19943074     +Chase Card services,    PO Box 15298,   Wilmington, DE 19850-5298
19943075     +CitiBank, N.A.,    PO Box 6500,   Sioux Falls, SD 57117-6500
19943076      Comenity Bank/EXPRESS,    PO Box 182789,   Columbus, OH 43218-2789
19943078      DSNB/Macy’s,    9111 Duke Blvd.,   Mason, OH 45040-8999
19943077     +Discover Bank,    2401 International,    PO Box 7859,   Madison, WI 53707-7859
19943079     +Express,    PO Box 182125,   Columbus, OH 43218-2125
19943081      FIA Card Services,    P.O. Box 15726,   Wilmington, DE 19886-5726
19943080     +Family Healthcare-FHC Health Care,    908 N. Elm Street,    Hinsdale, IL 60521-3637
19943082     +Genesis Clinical Services,    1725 S. Naperville Road,    Suite 206,   Wheaton, IL 60189-5855
19943083      Hindsdale Orthopaedics,    PO Box 914,   La Grange, IL 60525-0914
19943084      Illinois Collection Service,    P.O. Box 1010,   Tinley Park, IL 60477-9110
19943086     +Lou Harris & Co.,    PO Box 701,   Wheeling, IL 60090-0701
19943087     +Macy’s,    P.O. Box 8218,   Mason, OH 45040-8218
19943088     +Malcolm S. Gerald & Assoc, Inc,    332 S. Michigan Ave., Suite 600,    Chicago, IL 60604-4318
19943089     +Malcom S. Gerald and Associates, In,    332 South Michigan Ave Suite 600,    Chicago, IL 60604-4318
19943090     +Merchants’ Credit Guide Co.,    223 W. Jackson Boulevard,    Chicago, IL 60606-6908
19943092     +Naperville Imaging Center,    1888 Bay Scott Circle,    Naperville, IL 60540-1106
19943093     +Omni Credit Services of Florida,Inc,    PO Box 31179,   Tampa, FL 33631-3179
20494695    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    CAPITAL ONE NATL ASSOC,
               (HSBC BANK NEVADA, N.A),    PO Box 41067,   Norfolk, VA 23541)
19943094     +Penncro Associates, Inc.,    P.O. Box 3003,   Phoenixville, PA 19460-0918
19943095      Recovery Partners LLC,    4151 N Marshall Way,    Ste 12,   Scottsdale, AZ 85251-3839
19943096     +Salt Creek Surgery Center Llc,    530 N Cass Ave.,    Westmont, IL 60559-1503
19943097     +Service Medical Equiptment, Inc.,    2848 Hitchcock Ave,    Downers Grove, IL 60515-4016
19943098      Suburban Radiologists, Sc,    1446 Momentum Place,    Chicago, IL 60689-5314
20193252      eCAST Settlement Corporation,    POB 29262,   New York NY 10087-9262
20429341      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19943063      E-mail/Text: abcrecoveryinc@aol.com Jul 13 2013 00:44:28     ABC Credit & Recovery Services,
                PO Box 3722,    Lisle, IL 60532-8722
20071608      E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 13 2013 00:42:23
                American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                Irving, TX 75016-8088
19943069      E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 13 2013 00:42:23     American Honda Finance,
                2170 Point Blvd Ste 100,    Elgin, IL 60123
19943067      E-mail/Text: roy.buchholz@allianceoneinc.com Jul 13 2013 00:43:03
                AllianceOne Receivables Management,    PO Box 3107,   Southeastern, PA 19398-3107
19943073     +E-mail/Text: cms-bk@cms-collect.com Jul 13 2013 00:43:27     Capitol Management Services, LP,
                726 Exchange Street,    Suite 700,   Buffalo, NY 14210-1464
20465225      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2013 00:52:35     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
19943085     +E-mail/Text: bankruptcy@edward.org Jul 13 2013 00:44:49     Linden Oaks Hospital,    at Edward,
                801 S. Washington Street,    Naperville, IL 60540-7430
19943091      E-mail/Text: mmrgbk@miramedrg.com Jul 13 2013 00:44:05     MiraMed Revenue Group, LLC,
                P.O. Box 536,    Linden, MI 48451-0536
20476580     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 13 2013 00:41:30
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
20080823      E-mail/Text: bnc-quantum@quantum3group.com Jul 13 2013 00:43:52
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
19943099     +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 13 2013 00:44:24     Transworld Systems inc,
                1375 East Woodfield Rd.,    #110,   Schaumburg, IL 60173-5423
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19943100      World Financial Network Bank,    Need Information
20500766*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
               successor to FIA CARD SERVICES, N.A.,    Bank of America,    PO Box 41067,   Norfolk, VA 23541)
20500560*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262
                                                                                   TOTALS: 1, * 2, ## 0
```

```
District/off: 0752-1          User: dgomez              Page 2 of 3          Date Rcvd: Jul 12, 2013
                              Form ID: pdf006           Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: dgomez              Page 3 of 3                  Date Rcvd: Jul 12, 2013
                              Form ID: pdf006           Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2013 at the address(es) listed below:

```
              Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stuart B Handelman    on behalf of Debtor Annemarie V. Devito court@sbhpc.net,  ksmith@sbhpc.net,
               jhuang@sbhpc.net
                                                                                             TOTAL: 4
```