UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DEVITO, ANNEMARIE V. § Case No. 13-02259
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/MICHAEL G. BERLAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Anne Marie Devito |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda Finance<br>2170 Point Blvd Ste 100<br>Elgin, IL 60123 |  |  |  |  |  |
| 000001 | AMERICAN HONDA FINANCE CORPORATION |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Credit & Recovery Services PO Box 3722 Lisle, IL 60532-8722 | | | | | |
| | ATI Physical Therapy Attn Collections P.O. Box 371863 Pittsburgh, PA 15250 | | | | | |
| | Adventist Health Partners PO Box 7001 Bolingbrook, IL 60440-7001 | | | | | |
| | Adventist Hinsdale Hospital 75 Remittance Dr. STE 3250 Chicago, IL 60675-3250 | | | | | |
| | Adventist Hinsdale Hospital PO Box 1965 Southgate, MI 48195-0965 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Adventist Hinsdale Hospital PO Box 1965 Southgate, MI 48195-0965 |  |  |  |  |  |
|  | Adventist Hinsdale Hospital PO Box 1965 Southgate, MI 48195-0965 |  |  |  |  |  |
|  | AllianceOne Receivables Management PO Box 3107 Southeastern, PA 19398-3107 |  |  |  |  |  |
|  | Ambulatory Anesthesiologists of Chi 60 E Delaware pl Chicago, IL 60611 |  |  |  |  |  |
|  | Athletic & Therapeutic Inst. 4947 Paysphere Circle Chicago, IL 60674-4947 |  |  |  |  |  |
|  | Capital One PO Box 5253 Carol Stream, IL 60197-5253 |  |  |  |  |  |
|  | Capitol Management Services, LP 726 Exchange Street Suite 700 Buffalo, NY 14210 |  |  |  |  |  |
|  | Chase Card services PO Box 15298 Wilmington, DE 19850 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card services PO Box 15298 Wilmington, DE 19850 | | | | | |
| | CitiBank, N.A. PO Box 6500 Sioux Falls, SD 57117 | | | | | |
| | Comenity Bank/EXPRESS PO Box 182789 Columbus, OH 43218-2789 | | | | | |
| | DSNB/Macy's 9111 Duke Blvd. Mason, OH 45040-8999 | | | | | |
| | Express PO Box 182125 Columbus, OH 43218 | | | | | |
| | FIA Card Services P.O. Box 15726 Wilmington, DE 19886-5726 | | | | | |
| | Family Healthcare-FHC Health Care 908 N. Elm Street Hinsdale, IL 60521 | | | | | |
| | Genesis Clinical Services 1725 S. Naperville Road Suite 206 Wheaton, IL 60189 | | | | | |
| | Hindsdale Orthopaedics PO Box 914 La Grange, IL 60525-0914 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Collection Service P.O. Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | Linden Oaks Hospital at Edward 801 S. Washington Street Naperville, IL 60540 | | | | | |
| | Lou Harris & Co. PO Box 701 Wheeling, IL 60090 | | | | | |
| | Macy's P.O. Box 8218 Mason, OH 45040 | | | | | |
| | Malcolm S. Gerald & Assoc, Inc 332 S. Michigan Ave., Suite 600 Chicago, IL 60604 | | | | | |
| | Malcolm S. Gerald & Assoc, Inc 332 S. Michigan Ave., Suite 600 Chicago, IL 60604 | | | | | |
| | Malcom S. Gerald and Associates, In 332 South Michigan Ave Suite 600 Chicago, IL 60604 | | | | | |
| | Merchants' Credit Guide Co. 223 W. Jackson Boulevard Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants' Credit Guide Co. 223 W. Jackson Boulevard Chicago, IL 60606 | | | | | |
| | MiraMed Revenue Group, LLC P.O. Box 536 Linden, MI 48451-0536 | | | | | |
| | Naperville Imaging Center 1888 Bay Scott Circle Naperville, IL 60540 | | | | | |
| | Omni Credit Services of Florida,Inc PO Box 31179 Tampa, FL 33631 | | | | | |
| | Salt Creek Surgery Center Llc 530 N Cass Ave. Westmont, IL 60559 | | | | | |
| | Service Medical Equiptment, Inc. 2848 Hitchcock Ave Downers Grove, IL 60515-4112 | | | | | |
| | Suburban Radiologists, Sc 1446 Momentum Place Chicago, IL 60689-5314 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transworld Systems inc 1375 East Woodfield Rd. #110 Schaumburg, IL 60173 | | | | | |
| | World Financial Network Bank Need Information | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000003 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000007 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-02259 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|
| Case Name: | DEVITO, ANNEMARIE V. | | | | Date Filed (f) or Converted (c): | 01/21/13 (f) |
| | | | | | 341(a) Meeting Date: | 02/14/13 |
| For Period Ending: | 11/22/13 | | | | Claims Bar Date: | 05/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Inheritance from mother's estate | 0.00 | 18,690.42 | | 18,690.42 | FA |
| 2. Charet One checking | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Suburban Cardiolgists Pension | 13,421.91 | 0.00 | | 0.00 | FA |
| 6. 2008 Honda Civic | 5,000.00 | Unknown | | 0.00 | Unknown |

TOTALS (Excluding Unknown Values)     $19,121.91     $18,690.42     $18,690.42     Gross Value of Remaining Assets     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee liquidated an inheritance. A Final Report was filed.

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-02259 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DEVITO, ANNEMARIE V. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0106  Checking Account |
| Taxpayer ID No: | *******5982 | | | |
| For Period Ending: | 11/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/13 | 1 | AnnMarie DeVito | Receipt of monies mother's estate | 1129-000 | 17,500.00 | | 17,500.00 |
| 02/18/13 | 1 | AnneMarie DeVito | Monies mother's estate | 1129-000 | 1,190.42 | | 18,690.42 |
| 03/08/13 | | Congressional Bank | Bank service fee | 2600-000 | | 10.00 | 18,680.42 |
| 03/21/13 | 001001 | Anne Marie Devito | payment of exemption per court orde | 8100-000 | | 1,900.00 | 16,780.42 |
| 04/22/13 | | Congressional Bank | | 2600-000 | | 19.38 | 16,761.04 |
| 05/09/13 | | Congressional bank | Bank service fee | 2600-000 | | 17.23 | 16,743.81 |
| 08/19/13 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 2,548.08 | 14,195.73 |
| 08/19/13 | 001003 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 14.95 | 14,180.78 |
| 08/19/13 | 001004 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 58.72158% | 7100-000 | | 2,558.10 | 11,622.68 |
| 08/19/13 | 001005 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000003, Payment 58.72168% | 7100-000 | | 2,260.35 | 9,362.33 |
| 08/19/13 | 001006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000004, Payment 58.72163% | 7100-000 | | 4,710.05 | 4,652.28 |
| 08/19/13 | 001007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A. | Claim 000005, Payment 58.72171% | 7100-000 | | 2,087.41 | 2,564.87 |
| | | | Page Subtotals | | 18,690.42 | 16,125.55 | |

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-02259 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | DEVITO, ANNEMARIE V. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0106 Checking Account |
| Taxpayer ID No: | *******5982 | | |
| For Period Ending: | 11/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/13 | 001008 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Portfolio Recovery Associates, LLC | Claim 000006, Payment 58.72161% | 7100-000 | | 397.88 | 2,166.99 |
| 08/19/13 | 001009 | CAPITAL ONE NATL ASSOC<br>(HSBC BANK NEVADA, N.A)<br>PO Box 41067<br>Norfolk, VA 23541<br>eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000007, Payment 58.72143% | 7100-900 | | 919.19 | 1,247.80 |
| 08/19/13 | 001010 | Portfolio Recovery Associates, LLC<br>successor to FIA CARD SERVICES, N.A.<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000008, Payment 58.72166% | 7100-000 | | 1,247.80 | 0.00 |

|  | COLUMN TOTALS | 18,690.42 | 18,690.42 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 18,690.42 | 18,690.42 | |
|  | Less: Payments to Debtors | | 1,900.00 | |
|  | Net | 18,690.42 | 16,790.42 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******0106 | 18,690.42 | 16,790.42 | 0.00 |
| | 18,690.42 | 16,790.42 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 2,564.87

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 13-02259 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | DEVITO, ANNEMARIE V. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0106  Checking Account |
| Taxpayer ID No: | *******5982 | | | |
| For Period Ending: | 11/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********0106

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*